STATE OF CONNECTICUT *v.* DARREN CROSBY

The state of Connecticut's petition for certification for appeal from the Appellate Court, 34 Conn. App. 261 (AC 11533), is denied.

*Jack W. Fischer,* assistant state's attorney, in support of the petition.

*G. Douglas Nash,* public defender, in opposition.

Decided June 16, 1994

STATE OF CONNECTICUT *v.* MARVIN SYMS

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 910 (AC 13234), is denied.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided June 23, 1994

STATE OF CONNECTICUT *v.* GREGORY BLUE

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 941 (AC 12143), is denied. See *State* v. *Blue,* 230 Conn. 109, 644 A.2d 859 (1994).

*Neal Cone,* assistant public defender, in support of the petition.

*David J. Sheldon,* deputy assistant state's attorney, in opposition.

Decided July 1, 1994